443-15

# ELECTRONIC RECORD

COA # 07-14-00301-CR          OFFENSE: 0.06

STYLE: The State of Texas v. Steven Joe Malone          COUNTY: Randall

COA DISPOSITION: Affirmed          TRIAL COURT: 181st District Court

DATE: 03/09/2015          Publish: No          TC CASE #: 23,868-B

# IN THE COURT OF CRIMINAL APPEALS

STYLE: The State of Texas v. Steven Joe Malone          CCA #: 443-15

_____State's_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____Refused_____          JUDGE: _____

DATE: 06/10/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD